[No. 19328-4-III. Division Three. January 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EUGENE MCCLUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 99-8-00105-0, Edward Shamek, J. Pro Tem., entered May 8, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 19940-1-III. Division Three. January 24, 2002.]

RAFFERTY & TOWNER, INC., *Respondent*, v. LON BALL, ET AL., *Appellants*, KATHRYN E. HAWK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 98-2-00021-5, Michael E. Schwab, J., entered January 3, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 20126-1-III. Division Three. January 24, 2002.]

BARBARA KABRICK, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, 00-2-06847-1, Michael E. Donohue, J., entered March 29, 2001. *Reversed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.

[No. 20130-9-III. Division Three. January 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY FRISCO WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-8-00913-3, Kenneth L. Jorgensen, J., entered March 26, 2001. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.